[No. 3749-5-III. Division Three. August 18, 1981.]

THE CITY OF KENNEWICK, *Respondent*, v. ERNEST SHACKELFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 79-1-00011-0, Robert S. Day, J., entered December 7, 1979. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 3946-3-III. Division Three. August 18, 1981.]

JOSEPH J. BATH, ET AL, *Appellants*, v. KERMIT H. CARLILE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 252598, Thomas A. Swayze, Jr., J., entered February 29, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 8194-2-I. Division One. August 24, 1981.]

MELVIN STRUCK, *Appellant*, v. FREDERICK CADILLAC, LTD., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 853892, Liem E. Tuai, J., entered November 5, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 9552-8-I. Division One. August 24, 1981.]

*In the Matter of the Marriage of* PATRICIA ANN RODIECK, *Appellant, and* ROBERT WILLIAM RODIECK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80-3-05185-1, Liem E. Tuai, J., entered October 29, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.